FILED 16 NOV '20 11:20 USDC-ORP

United States District Court for the District of Oregon
1000 SW 3rd Ave #740, Portland, OR 97204, (503) 326-8000

v20.11.06

**MAGNIFICAT HOUSE NATIVITY HOUSE TRUST**, a non-statutory trust, Paul John Hansen, as sole Trustee,

    Plaintiffs,

vs.

BANK OF AMERICA, N.A., an entity,

Brian Moynihan, a man, Bank of America Corporation president and CEO,

John Thomas, a man, representing attorney for Bank of America Corporation,

    Defendants.

_____/

Case No. **3:20-cv-1826-SI**

Regarding: Response, in Affidavit form, to Judge Simon's 'Order to Show Cause', filed Document 4.

1. Paul John Hansen shall be affiant hereinafter.

2. Affiant states a correction to Simon's Order -- Paul John Hansen/Affiant, is not 'pro se', but is in 'pro per' capacity, as right.

3. Affiant states that Affiant is in beneficial owner capacity. The Plaintiff, Trust, is seeking damages, and other relief, upon which his success, and compensation, is contingent on.

4. Affiant states that Affiant, as a man, possessing full 'inalienable Rights' as enumerated in the 'Declaration of Independence' of July 4, 1776.

5. Affiant states that Affiant, as a man, has right to 'life, liberty and the pursuit of happiness' as enumerated in the 'Declaration of Independence', and as the same, premise of natural law, is reaffirmed in President Abraham Lincoln's 'Gettysburg Address', in 1863, 87 years after the year of 1776.

6. Affiant states that Affiant, as a man, with the above stated rights, has elected to the vocation, livelihood, of representing, aiding, and defending, Plaintiff.

7. Affiant states that the Trust, Plaintiff, is structured under American common law, having written restriction to not allowing 'BAR licensed attorneys' representing, for such is deemed as contrary to the wish of the creator of the trust, and to hire a state Licensed Attorney would constitute a clear violation of the Trust's creators wishes to have the right of independence due to religious convictions held by the creator, at the time of creation, of the **MAGNIFICAT HOUSE NATIVITY HOUSE TRUST**.

8. Affiant states that the Plaintiff, Trust, is not structured under the laws of the United States.

9. Affiant states that the Plaintiff, Trust, is not an entity under the governance of, with, or in (territorially), the United States.

10. Affiant states that the Plaintiff is structured under the written 'Word of God', and subject to the inherent authority of the People, of America, under common law, as enumerated in the VII Amendment, thee 'Bill of Rights', of the 'Constitution for the United States of America'.

11. Affiant states that Simon v. Hartford as relied upon by Judge Simon is not relative because such were subject to the written laws of the United States, unlike this captioned Plaintiff, Trust.

12. Affiant states that the beneficiaries wish to remain anonymous, and only known by acting trustees.

13. Affiant states that the creator of the subject trust, and all beneficiaries, wish to exercise their right to keep all the 'subject trust' documents private, to be only known by the acting trustees.

**Wherefore,** Plaintiff seeks findings of facts and conclusions of law as to what the court administrator (judge) relies upon that such rights do not operate as enumerated above by the Affiant.

P.S. - If any man claims that they can deny the right of the People (Creator of the Trust, and Trustee), that same man must be prepared to convince a common law venue/jury of the same, and be subject to damages, if any are so determined. If such a man, so determines, against the trust, that same man has a duty to recuse themselves forthwith, if found using unsupportable claims.

*Rita Hobbs*

, Rita Hobbs, and

*Paul John Hansen*

PAUL JOHN HANSEN, as Trustee of CSE

P.O. Box 314,

Repton, Alabama 36475*

Telephone (251) 362-8231

(28 **U.S.** Code § 1746 Limited Jurat, Land Jurisdiction Specific)

I, Paul John Hansen, Affiant, declare under penalty of perjury under the laws of the United States of America that the foregoing Affidavit is true and correct. Executed on _6_ day of the _11_ month of 2020. Jurat: As sworn to before the below signed Notary this _6_ day of _11_

month, 2020, Oath: I, Paul John Hansen, as speaking to the signed notary, now solemnly <u>swears</u> that the contents of the above Affidavit as subscribed is <u>sworn</u> to be correct and true.

*Paul John Hansen*
Affiant – Paul John Hansen

State of __NEBRASKA__
County of __DOUGLAS__

Personally, appeared before me the undersigned notary, an officer authorized to administer oaths, Paul John Hansen, with valid identification, and/or personally known to me, who <u>first being duly sworn</u>, deposes and says that the forgoing, __3__ page, instrument was subscribed and sworn before me, this __6__ day of __11__ Month 2020.

*Tim Lee Ellis* Notary

Tim Lee Ellis

[Notarial Seal — TIM LEE ELLIS, Commission Number 805847, MY COMMISSION EXPIRES 8-11-2021, IOWA]

MAILED - 11/11/2020

- PROOF OF SERVICE -

THE ATTACHED 3 PAGE RESPONSE WAS MAILED, ON THE DATE OF 11/11/2020 TO:

BANK OF AMERICA - 100 NORTH TRYON ST., CHARLOTTE, NC  28255.
BRIAN MOYNIHAN - 100 NORTH TRYON ST., CHARLOTTE, NC 28255.
JOHN THOMAS - 100 NORTH TRYON ST., CHARLOTTE, NC 28255.

*Paul John Hansen*