# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MAGNIFICAT HOUSE NATIVITY HOUSE TRUST**, a non-statutory trust, Paul John Hansen, as sole Trustee,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**BANK OF AMERICA, N.A.**, **BRIAN MOYNIHAN,** and **JOHN THOMAS**,<br><br>　　　　Defendants. | Case No. 3:20-cv-1826-SI<br><br>**JUDGMENT** |

**Michael H. Simon, District Judge.**

　　Based on the Court's ORDER,

　　IT IS ADJUDGED that this case is DISMISSED without prejudice.

　　DATED this 1st day of February, 2021.

　　　　　　　　　　　　　　　　　　　　/s/ *Michael H. Simon*
　　　　　　　　　　　　　　　　　　　　Michael H. Simon
　　　　　　　　　　　　　　　　　　　　United States District Judge